IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAUL E. LEFEBVRE and
PATRICIA R. LEFEBVRE,
    Plaintiffs,

vs.                                    Case No.:  3:08cv27/RV/EMT

WARREN D. BLACKBURN, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 24, 2008 (Doc. 13).  Plaintiffs have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of all timely filed objections.

Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED** for lack of jurisdiction.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 29th day of July, 2008.


                                          /s/ _Roger Vinson_
                                          **ROGER VINSON**
                                          **SENIOR UNITED STATES DISTRICT JUDGE**